[Civil No. 451.]

UNITED VERDE COPPER COMPANY, Appellant, v. A. G. OLIVER, Treasurer and Ex Officio Tax-Collector, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. J. Hawkins, Judge.

Herndon & Norris, for Appellant.

Thomas D. Satterwhite, Attorney-General, and R. E. Morrison, for Appellee.

February 23, 1895.　Affirmed.

---

[Civil No. 460.]

JOHN T. JONES, Defendant in Error, v. J. K. MURPHY et al., Plaintiffs in Error.

ERROR from District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

C. F. Ainsworth, for Plaintiffs in Error.

J. B. Woodward, and H. C. Mange, for Defendants in Error.

February 23, 1895.　Affirmed.

---

[Civil No. 465.]

JUAN FLORES, Appellant, v. HENRY S. KEMP et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

G. B. Gordon, and J. F. Moriarty, for Appellant.

C. F. Ainsworth, for Appellees.

July 8, 1895.　Dismissed.